UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY GARCIA-ESPARZA | CIVIL ACTION |
| VERSUS | NO. 19-11595 |
| CLAUDIA N. FARRINGTON ET AL. | SECTION "T" (2) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 4), and the objection to the Magistrate Judge's Report and Recommendation (R. Doc. 5), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __25th__ day of November, 2019.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE